MORRIS ISRAEL, Appellant, *v.* GOLDIE KRUPA, Defendant, and ROBERT KRUPA, Defendant-Respondent.

Supreme Court, Appellate Term, First Department, June 28, 1943.

*Solomon C. Stember* and *Samuel C. Cantor* for appellant.

*Morris J. Norwick* for respondent.

MEMORANDUM *Per Curiam.* Where a guest in plaintiff's automobile sues plaintiff and defendants for personal injuries suffered as a result of a collision between two automobiles driven by plaintiff and defendant-respondent, the judgment obtained in her favor against plaintiff and in defendants' favor may not be set up against plaintiff as *res judicata* in a subsequent action by plaintiff against defendant-respondent for property damage. (*Self* v. *International Ry. Co.*, 224 App. Div. 238.) The defendant not having appealed from the dismissal of his counterclaim he may not have a second trial. (*Ginsberg* v. *City of Long Beach*, 286 N. Y. 400, 403.)

Judgment and order so far as appealed from reversed, with ten dollars costs to appellant to abide the event, and motion denied.

HAMMER, SHIENTAG and HECHT, JJ., concur.